UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rudolph Betancourt, Individually,

        Plaintiff,

v.

CNITHL PROPCO FE, LLC, a Delaware
Limited Liability Company,

        Defendant

Case No. 2:18-cv-12734
Hon. Laurie J. Michelson

### STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT WITH PREJUDICE AND WITHOUT COSTS

THE PARTIES HEREBY STIPULATE to the entry of an Order Dismissing the Plaintiffs' Claims against Defendant, CNI THL PROPCO FE, LLC, With Prejudice and Without Costs, the parties having amicably resolved their differences pursuant to a Settlement Agreement.

Dated: November 14 2018    LAW OFFICES OF OWEN B. DUNN, JR.
                                                               Attorneys for Plaintiff
                                        By: /s/Owen B. Dunn, Jr.
                                        4334 W. Central Avenue, Suite 222
                                        Toledo, OH 43615


Dated: November 14, 2018  MILLER, CANFIELD, PADDOCK AND STONE, PLC
                                        Attorneys for Defendant
                                        By: /s/James E. Snurr (P33049J
                                        277 S. Rose Street, Kalamazoo, MI 49007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rudolph Betancourt, Individually,

Plaintiff,
v.

Case No. 2:18-cv-12734
Hon. Laurie J. Michelson

CNITHL PROPCO FE, LLC, a Delaware
Limited Liability Company,

Defendant.

## ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT WITH PREJUDICE AND WITHOUT COSTS

The parties having stipulated and the Court being fully advised in the matter:

IT IS HEREBY ORDERED that the Plaintiffs' Claims against Defendant CNI THL PROPCO FE, LLC are Dismissed with prejudice and without costs or attorney's fees, the parties having amicably resolved their differences pursuant to a settlement agreement.

This Order resolves the last pending claim and closes the case.

s/LAURIE J. MICHELSON
United States District Judge

Date: November 14, 2018